UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

In the matter of an

infants under the age of 16

MARTIN KLADNY

                                  Petitioner,                    Case. No. 2:25-cv-05754-ST

-against-

ALEXANDRA JAZMIN RUIZ DEZA

                                Respondent.

----------------------------------------------------------------- X

## AFFIRMATION OF EMERGENCY

Lucila I. M. Hemmingsen, an attorney at law duly admitted to practice law in the United States District Court, Eastern District of New York, hereby affirms the truth of the following under the penalties of perjury:

1. I am a member of The Law Firm Sagiance LLP, attorney for the Petitioner herein. This is an action under the Hague Convention on the Civil Aspects of International Child Abduction seeking the Return of a Child to her home and country of habitual residence in Argentina.

2. Respondent has been wrongfully retaining the child in the United States, away from her country of habitual residence, since February 18, 2020. The child came for what was supposed to be a limited vacation, in accordance with the Court certified custody agreement agreed to by Petitioner and Respondent in Argentina, which is still valid and enforceable, and a formal registered consent to travel which had been provided exclusively for the dates January 3, 2025 through February 18, 2025.

3.     Rather than return the child, the Respondent mother has gone into hiding with the child and has recently moved to an unknown address, which she has refused to provide to Petitioner. Even with the assistance of the United States Department of State, we have not been able to locate the address where the child is being held. In the interim, Petitioner has confirmed through Respondent's social media posts and other credible reports that the mother has engaged in sporadic out-of-state travel posing a risk of flight and removal.

4.     Petitioner is a concerned father who is extremely and reasonably worried for the welfare of his daughter. He has diligently pursued the return of his daughter since February of this year and only received the information which would allow him to prosecute this petition recently.

5.     In light of Respondent's wrongful actions, Petitioner fears that the child could be further removed from the State of New York and secreted to an unknown location out of the State of New York.

WHEREFORE, I respectfully request that this Court grant Petitioner's request for An emergency order to obtain Respondent's and the Child's travel documents from Respondent so they may be deposited with the Clerk of Court for safekeeping, and for such other relief as the court deems necessary to protect the welfare of the child.

Dated: December 2, 2025

                                                              */s/ Lucila Hemmingsen*
                                                              Lucila Hemmingsen,