AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| MARTIN KLADNY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-5754 (OEM) (ST) |
| ALEXANDRA JAZMIN RUIZ DEZA ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alexandra Jazmin Ruiz Deza - Respondent.

Date:    12/09/2025

*Richard Min*
*Attorney's signature*

Richard Min (RM8603)
*Printed name and bar number*

Green Kaminer Min & Rockmore LLP
420 Lexington Ave. Ste. 2821
New York, NY 10170
*Address*

rmin@gkmrlaw.com
*E-mail address*

(212) 681-6400
*Telephone number*

(212) 681-6999
*FAX number*