UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――
                                              )
MARTIN KLADNY,                                )   Case No. 2:25-cv-05754
                                              )
            Petitioner,                       )
                                              )   **STIPULATION AND**
vs.                                           )   **PROPOSED ORDER**
                                              )
ALEXANDRA JAZMIN RUIZ DEZA,                   )
                                              )
            Respondent.                       )
―――――――――――――――――――――――――)

WHEREAS, on October 14, 2025, Petitioner Martin Kladny (the "Petitioner") filed a proceeding against the Respondent Alexandra Jazmin Ruiz Deza (the "Respondent") pursuant to The Hague Convention on the Civil Aspects of International Child Abduction ("Hague Convention") and the International Child Abduction Remedies Act ("ICARA") (ECF No. 1).

WHEREAS, on December 3, 2025, this Court issued an Order to Show Cause and Temporary Restraining Order (ECF No. 8), scheduling a hearing for December 10, 2025, and, *inter alia*, directing Respondent to "deposit with the Clerk of the Court any and all passports or other travel documents in the name of the Child" pending the resolution and determination of this matter, by December 8, 2025.

WHEREAS, on December 8, 2025, due to a lack of personal service of the required papers on the Respondent, the Order to Show Cause hearing was adjourned to December 12, 2025.

WHEREAS, on December 9, 2025, the parties met and conferred and are in agreement that Respondent Alexandra Jazmin Ruiz Deza, through her counsel, Green Kaminer Min & Rockmore LLP, hereby acknowledges receipt of service of the Verified Petition (ECF No. 1) and Order to Show Cause (ECF No. 8), and all other filings on the docket in the above-referenced matter.

1

WHEREAS, on December 10, 2025, Respondent's counsel, Richard Min, filed a Notice of Appearance (ECF No. 10).

WHEREAS, the parties have agreed through counsel to extend Respondent's deadline to deposit the Child's passports or other travel documents with the Clerk of the Court pending the resolution and determination of this matter to Friday, December 12, 2025.

NOW, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that Respondent has accepted service through her counsel and that Respondent's deadline to deposit with the Clerk of the Court any and all passports or other travel documents in the name of the Child, which shall be held for safekeeping by the Court, shall be extended to Friday, December 12, 2025.

Respectfully submitted,

/s/ Lucila Isabel Maria Hemmingsen
Lucila Isabel Maria Hemmingsen
Sagiance LLP
125 Park Avenue
25th Floor
New York, NY 10017
212-520-6672
Email: lhemmingsen@sagiancellp.com

/s/ Jonathan S. Hong
Jonathan S Hong
DENTONS US, LLP
1221 Avenue of the Americas
New York, NY 10020
410-258-4096
Email: jonathan.hong@dentons.com

*Attorneys for Petitioner*

/s/ Richard Min
Richard Min, Esq.
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, NY 10170

        212-681-6400
        Email: rmin@gkmrlaw.com

        *Attorneys for Respondent*

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:_____      _____
                United States District Judge