

|  | Jonathan Hong | Dentons US LLP |
|---|---|---|
|  | jonathan.hong@dentons.com | 1221 Avenue of the Americas |
|  | D   +1 212-398-8797 | New York, NY  10020-1089 |
|  |  | United States |
|  |  | dentons.com |

December 24, 2025 (VIA ECF)

The Honorable Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Martin Kladny v. Alexandra Jazmin Ruiz Deza*, Case No. 2:25-cv-05754-OEM-ST

Dear Judge Merchant:

We represent Petitioner Martin Kladny in the above-referenced matter. We respectfully request a brief adjournment of the hearing in the referenced matter currently scheduled to begin on January 5, 2026.

In the process of preparing for the upcoming hearing, one of petitioner's potential experts raised the need for additional time to prepare the report. Specifically, identifying the need to have an independent assessment of the child. Given the additional time required to coordinate with opposing counsel to perform this assessment, Petitioner met and conferred with Respondent's counsel on a request to adjourn the trial.

Opposing counsel has consented to the requested adjournment and the parties jointly propose to reschedule the hearing to the third or fourth week of January 2026, subject to the Court's convenience.

We further respectfully request the scheduling of a telephonic conference either this Friday, December 26, 2025 or on Monday, December 29, 2025 for the parties and the Court to schedule the new dates of the hearing and discovery schedule. This is the parties first request for an adjournment of the scheduled hearing.

We appreciate the Court's consideration and we extend our sincere wishes for a happy holiday season to everyone at the Court.

                                        Very truly yours,
                                        */s/ Jonathan Hong*

Case 2:25-cv-05754-OEM-ST    Document 33    Filed 12/24/25    Page 2 of 2 PageID #: 372