# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T. 212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

December 23, 2025

**Via Hand Delivery and ECF**

Judge Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Courtroom 6C South

      Re:    *Kladny v. Deza*
              Case No. 2:25-cv-05754

Dear Judge Merchant:

      Our firm represents the Respondent in the above-referenced Hague Convention proceeding. Pursuant to the Individual Practice Rules of this Court, enclosed please find two (2) courtesy copies of Respondent's Motion for a Guardian at Litem or Attorney for the Child, and an In Camera Interview of the Minor Child (ECF No. 30) which was filed via ECF on December 22, 2025.

                                          Truly yours,

                                          */s/Camilla Redmond Costa*
                                          Camilla Redmond Costa

      CC: All counsel (ECF).