# EXHIBIT A



**Patient: RUIZ, DEZA ALEXANDRA JAZMIN**
**Foreign National ID Number: 94838907 - Age: 28 years 7 months**
**MH: RU970742/00**



**Municipality of San Isidro**

---

## Hospitalization - Boulogne Municipal Hospital                    12/13/2017 - 7:50 p.m.

From: 12/13/2017 7:50 p.m. - To: 12/13/2017 8:30 p.m.
Stay: 1 day(s)

### Medical discharge                                              12/13/2017 - 8:30 p.m.

ESCAPE

### Diagnosis                                                       12/13/2017 - 8:30 p.m.

Main: MULTIPLE HEAD INJURIES

### Procedure                                                       12/13/2017 - 7:50 p.m.

EMERGENCY CARE AT THE EMERGENCY ROOM

### Bed pass                                                        12/13/2017 - 7:50 p.m.

Guard - Single
Bed: G-Box 7A
From: 12/13/2017 7:50 p.m. To: 12/13/2017 8:30 p.m.
Stay: 1 day(s)

IF-2026-00094388-SI-DGUAI

Page 1 of 2

RUIZ, DEZA ALEXANDRA JAZMIN



**Sex** Female
**MH No.** RU970742/00
**Social work** SOCIAL WORK BY MINISTERS, SECRETARIES, AND UNDER-SECRETARIES
**Member Number** 94838907
**Date of birth** 07/11/1997 (28 years 7 months)
**Height**
**Weight**
**Blood Type**
**Primary Care Physician**

**General**    **Chronological**

---

**12/13/2017 8:50 p.m.**                                                    Ambulatory
**Hospital** Boulogne Municipal Hospital
**Adult** Care Specialty (H: Boulogne)
**Medical** Professional, Undetermined
**User Registration** 062080 - 12/13/2017

**Internships**

01.04 - Care in the Emergency Room or Outpatient Clinic (Does not include 01.01)

420302 Medical Consultation on Call

---

**12/13/2017 7:50 p.m. - 12/13/2017 8:30 p.m.**                             Admission
**Duration** 00:40
**Hospital** Boulogne Municipal Hospital
**Guard** Service / **Single** Area
**Diagnosis** (Principal) Multiple Head Injuries
**Specialty** Pediatrics, CAI
There are no further records in the hospitalization

---

IF-2026-00094388-SI-DGUAI

**Paciente: RUIZ, DEZA ALEXANDRA JAZMIN**
**DNI_ Extranjero : 94838907 - Edad: 28 años 7 meses**
**HC: RU970742/00**



**Municipalidad de San Isidro**

---

## Internación - Hospital Municipal Ciudad de Boulogne
13/12/2017   19:50 hs.

Desde: 13/12/2017 19:50   Hasta: 13/12/2017 20:30
Estada: 1 día(s)

### Alta
13/12/2017   20:30 hs.

FUGA

### Diagnóstico
13/12/2017 - 20:30 hs.

Principal: TRAUMATISMOS MULTIPLES DE LA CABEZA

### Procedimiento
13/12/2017   19:50 hs.

ATENCION DE URGENCIA EN GUARDIA

### Pase de cama
13/12/2017 - 19:50 hs.

Guardia - Única
Cama: G Box 7A
Desde: 13/12/2017 19:50 - Hasta: 13/12/2017 20:30
Estada: 1 día(s)

IF-2026-00094388-SI-DGUAI

Página 1 de 2



Case 2:25-cv-05754-OEM    Document 71-1    Filed 03/20/26    Page 5 of 30 PageID #: 881

**Sexo** Femenino
**N° HC** RU970742/00
**Obra social** OBRA SOCIAL DE MINISTROS, SECRETARIOS Y SUBSECRETARIOS
**Número Afiliado** 94838907
**Fecha de nacimiento** 11/07/1997 (28 años 7 meses)
**Altura**
**Peso**
**Grupo Sanguineo**
**Médico Cabecera**

General | **Cronológico**

---

**13/12/2017 20:50**                                                    Ambulatorio
**Hospital** Hospital Municipal Ciudad de Boulogne
**Especialidad** Guardia Adultos(H:Boulogne)
**Profesional** Medico, No Determinado
**Usuario Alta** 062080 - 13/12/2017

**Prácticas**

> 01.04 - Atencion En Guardia O Consultorio Externo(No Incluye 01,01)

> 420302 - Consulta Medica En Guardia

---

**13/12/2017 19:50 - 13/12/2017 20:30**                                Internación
**Estada** 00:40 hs
**Hospital** Hospital Municipal Ciudad de Boulogne
**Servicio** Guardia / **Area** Única
**Diagnóstico** (Principal) Traumatismos Multiples De La Cabeza
**Especialidad** Pediatria CAI
No existen más registros en la internación

IF-2026-00094388-SI-DGUAI



### M U N I C I P A L I D A D
### S A N I S I D R O

**Hoja Adicional de Firmas**
**Informe gráfico**

**Número:** IF-2026-00094388-SI-DGUAI

Buenos Aires, Viernes 27 de Febrero de 2026

**Referencia:** HISTORIA CLÍNICA RUIZ DEZA

El documento fue importado por el sistema GEDO con un total de 2 pagina/s.

Carolina Cirmi
Administrativa
Dirección General de Auditoría Interna
Municipalidad de San Isidro



**Notaría Pública**
LATINA



## Certificate of Translation

I, **GIANELLA ECHANIQUE**, am over the age of 18, competent to translate from **SPANISH** to **ENGLISH**, and hereby certify that the translation of the **MEDICAL RECORDS** is true and accurate (including any stamps or seals) to the best of my abilities. I understand that if any part of the translation is intentionally false, I may be subject to penalties under the law.

*The original document and the translation are attached to this certification.*

Signature of Translator

646-769-9130
Phone Number

<span style="font-style:italic">ata</span> American Translators Association
*The Voice of Interpreters and Translators*

This Certifies that

**NOTARIA LATINA**
ATA Member Number 280342
is a Corporate Member in good standing
for the year 2024

211 N. Union Street Suite 100, Alexandria VA 22314
www.atanet.org | Telephone +1-703-683-6100 | Fax +1-703-683-7722

1541 Saint Nicholas
New York, NY 10040

Address of Translator

nyc@notarialatina.com
Email of Translator

State of New York
County of New York.
Sworn (or affirmed) to before me this
7 day of March, 2026



ata
American
Translators
Association
INDIVIDUAL MEMBER

Destination ...........................

Doctor's signature and stamp



**LOGBOOK**

Nombre y Apellido:   Ruiz Deza Alexandra Jazmin

Age: 21    Date: 18/08/2018.    Time:        Entity: Galeno .  Police Yes/No

Reason for consultation:    Fall and hit

Medical history:  37 weeks

Current Illness: .................................................................................

Physical exam:  No loss [of fluid/blood], normal tone

     MAF (+) Fetal movements present.

     LCF (+) Fetal heart rate 144 beats per minute.

     No loss through external genitals.

Diagnostic tests: Fetal monitoring + Ecography

Presumptive diagnosis: ...............................................................

Action:  Rest

Firma y Sello del interlocutor

Inter-consultations: ............................................................ GERMAN CASTRO

Observations: ......................................................................

Destination: .......................................................................

Firma y Sello del Médico

**Signature and Seal of the interlocutor/ Sign and Seal of the doctor**

Destino: ......................................................................................................

*Firma y Sello del Médico*

**SANATORIO DE LA TRINIDAD**
SAN ISIDRO

**Libro de Guardia**

Nombre y Apellido: ...............................................................................................................

Edad: *11* ... Fecha: *18/1/18* Hora: ............... Entidad: ............................................ I. Policial SI NO

Motivo de Consulta: ...............................................................................................................

Antecedentes Personales: ...............................................................................................................

Enfermedad Actual: ...............................................................................................................

Examen Físico: ...............................................................................................................

Estudios Diagnósticos: ...............................................................................................................

Diagnóstico Presuntivo: ...............................................................................................................

Conducta: ...............................................................................................................

Interconsultas: ...............................................................................................................

*Firma y Sello del interlocútor*

GERMAN CASTRO
TOCOGINECOLOGIA

Observaciones: ...............................................................................................................

Destino: ...............................................................................................................

*Firma y Sello del Médico*

Esca



# Certificate of Translation

I, **GIANELLA ECHANIQUE,** am over the age of 18, competent to translate from **SPANISH** to **ENGLISH**, and hereby certify that the translation of the **MEDICAL SUMMARY** is true and accurate (including any stamps or seals) to the best of my abilities. I understand that if any part of the translation is intentionally false, I may be subject to penalties under the law.

*The original document and the translation are attached to this certification.*

_____
Signature of Translator

347-846-0070
Phone Number

1541 Saint Nicholas
New York, NY 10040

Nyc2@notarialatina.com
Email of Translator

Address of Translator

American Translators Association
*The Voice of Interpreters and Translators*

This Certifies that

**NOTARIA LATINA**

ATA Member Number 280342
is a Corporate Member in good standing
for the year 2024

211 N. Orion Street Suite 100, Alexandria VA 22314
www.atanet.org  |  Telephone +1-703-683-6100  |  Fax + 1-703-778-7222

State of New York
County of New York.
Sworn (or affirmed) to before me this
11 day of March , 2026.

American Translators Association
INDIVIDUAL MEMBER

**ROXANA FIALLO**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FI0038903
Qualified in Queens-Certificate filed in New York County
Commission Expires June 30, 2029

TRINIDAD SAN ISIDRO

FONDE DE LA LEGUA 851

(1607) SAN ISIDRO

TE.. 4127-8888

TAXED: N

Current account N.:147701               Admission No.: 284715

Date of Admission:  04/09/2018

Time of Admission: 03:15

Room No.:  /1

Date of discharge:

Time of discharge:

Medical Record No.: 3325890/0

Admission Request

Birth Surname: RUIZ DEZA

Married Surname:

First Names: ALEXANDRA JAZMIN

National ID: 94838907.   CI:   LC: LE:   Other:

Nationality: Peru.  Date of birth: 07/11/1997.  Sex: F.  Marital status: Single

Address: 5587 Profesor Agüer.    City: Vill Ballester.

Province: BUENOS AIRES.    Zip code: 1653.  Telephone: 47375305

Work Address:

Company:

Postal Code

Phone Number:

Province:

GALENO Affiliation Status: ACTIVE - SOUTH RECOVERY - 04/09/2018 03:21

Accompanying person information:

Full name: Martin Kladny

Address: Same as above        City: Villa Ballester

Province : Buenos Aires      Zip code: 1653.  TE: 1539073414

Relationship: Partner        ID:  41023801

Work address:

Company:                     City:

Province:                    Zip code:

Hospitalization information

Insurance provider: GALENO BLUE.           Plan: Blue

Member No.: 214635100

Physician: BALAGUER LUIS

Phone: 4101-4807 / 15-5001-1462

Reason for Admission: CLINICAL HOSPITALIZATION

The undersigned, whose personal details are recorded above, agree to act as joint and several co-debtors and primary payers for all sanatorium (hospital) expenses, room and board charges, fees, supplies, professional fees, and any other charges generated by the hospitalization and services provided to the patient that are not expressly accepted and effectively paid by the entity to which the patient belongs.

No matters related to the scope of coverage that may arise between the patient and their institution may be asserted against GALENO Argentina S.A.

Likewise, they acknowledge and accept that, since the professionals providing care are designated by the patient and/or their insurance entity and are therefore independent of the

sanatorium, the medical procedures they perform shall be the sole responsibility of those professionals.

FIRMA DEL ACOMPAÑANTE O CODEUDOR

Signature of the patient or debtor.          Signature of the accompanying person

Or co- debtor

Operator: ADU ALIZ DUQUE

```
TRINIDAD SAN ISIDRO
FONDO DE LA LEGUA 851
( 1607)  SAN ISIDRO
T.E. 4127-8888
```

```
GRAVADO : N                        Admision Nro. :    284715
  Cta. Cte.: 147704                 Fecha Ingreso : 04/09/18
                                    Hora. Ingreso :    03:15
                                    Habit. Nro.   :      / 1
                                    Fecha Alta    :
                                    Hora Alta     :
                                    H. C. Nro.    :3325890/0

                  Solicitud de Admision
```

```
Datos Personales
Apellido de nacimiento : RUIZ DEZA
Apellido de casada    :
Nombres          : ALEXANDRA JAZMIN
D.N.I.:94838907    C.I.:        L.C./L.E.:       Otro:
Nacionalidad: PERU      Fecha Nac.: 11/07/1997 Sexo : F  Est.Civ.: Soltero
Domicilio : PROFESOR AGUER 5587        Local.: VILLA BALLESTER
Provincia : BUENOS AIRES        C.P. : 1653    TELEFONO : 47375305
Domicilio Laboral :
Empresa  :                       Local. :
Provincia :                      C.P. :       T.E. :
Estado Afiliado GALENO: ACTIVO - RECUPERO SUR - 04/09/2018  03:21
```

```
Datos Acompañante
Nombre y Apellidos : MARTIN KLADNY
Domicilio : IDEM                 Local. : VILLA BALLESTER
Provincia : BUENOS AIRES           C.P. :  1653 T.E. : 1539073414
Relacion : PAREJA                Documento : DNI 41023801
Domicilio Laboral :
Empresa  :                       Local. :
Provincia :                      C.P. :       T.E. :
```

```
Datos de la Internacion
Entidad : GALENO AZUL                 Plan   : AZUL
Socio   : 214635100                   Reserva :        0
Medico  : BALAGUER LUIS         Motivo Internac. : INTERNACION CLINICA
          4101-4807/15-5001-1462
```

Los abajo firmantes, cuyos datos personales se registran precedentemente, se constituyen en codeudores solidarios y principales pagadores de todos los gastos sanatoriales, pensiones, derechos, insumos, honorarios y cualquier otro cargo que se genere por la internacion y servicios que se presten al paciente, que no sean expresamente aceptados y efectivamente abonados por la entidad a la que pertenece el paciente, sin que sean oponibles a GALENO Argentina S.A. las cuestiones relativas a los alcances de la cobertura que pudieren plantearse entre este y su institucion.

Asimismo manifiestan conocer y aceptar que, en razon de que los profesionales que lo asistiran son los designados por el paciente y/o su entidad, y ajenos en consecuencia al Sanatorio, las practicas medicas que estos efectuen seran de exclusiva responsabilidad de los mismos.

```
FIRMA DEL PACIENTE O DEUDOR      FIRMA DEL ACOMPAÑANTE O CODEUDOR

Operador : ADU ALIZ DUQUE
```



## Certificate of Translation

I, **GIANELLA ECHANIQUE,** am over the age of 18, competent to translate from **SPANISH** to **ENGLISH**, and hereby certify that the translation of the **MEDICAL SUMMARY** is true and accurate (including any stamps or seals) to the best of my abilities. I understand that if any part of the translation is intentionally false, I may be subject to penalties under the law.

*The original document and the translation are attached to this certification.*

_____
Signature of Translator

347-846-0070
Phone Number

1541 Saint Nicholas
New York, NY 10040

Nyc2@notarialatina.com
Email of Translator

Address of Translator

**ata** American Translators Association
*The Voice of Interpreters and Translators*

This Certifies that
**NOTARIA LATINA**
ATA Member Number 280342
is a Corporate Member in good standing
for the year 2024

211 N. Union Street Suite 100, Alexandria VA 22314
www.atanet.org | Telephone +1-703-683-6100 | Fax +1-703-778-7222

State of New York
County of New York.
Sworn (or affirmed) to before me this
11 day of March , 2026.

**ata**
American
Translators
Association
INDIVIDUAL MEMBER

**ROXANA FIALLO**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FI0038903
Qualified in Queens-Certificate filed in New York County
Commission Expires June 30, 2029

TRINIDAD SAN ISIDRO

FONDO DE LA LEGUA 851

(1607) SAN ISIDRO
T.E. 4127-8888

---

TAXED: N

Current Account No.: 149704

Admission No.  :  287405

Admission Date : 10/29/18

Admission Time :    20:53

Room No.         :      / 1

naDischarge Date  :

Discharge Time   :

Medical Record No.: 3325890/1

### Admission Request

---

**Personal Information**

Birth Last Name: K▮▮▮▮,R▮▮D▮
Married Last Name: M▮ J▮▮▮

D.N.I.: 57237866     I.D.:          L.C./L.E.:          Other:

Nationality: ARGENTINA     Date of Birth: 09.▮▮/2018     Sex: F     Marital Status: Single

Address: CARLOS VILLATE 5572          City: MUNRO
Province: BUENOS AIRES          Postal Code:          Telephone: 1537012344

Work Address:
Company:                              City:
Province:                    Postal Code:     Telephone:

Affiliate Status GALENO: ACTIVE RECOVERY SUR – 10/29/2018   20:55

**Companion Information**
Full Name: ALEXANDRA RUIZ
Address: CARLOS VILLATE 5572          City: MUNRO
Province:                    Postal Code:          Phone: 1537012344
Relationship: MOTHER          Document: DNI

Work Address:
Company:                              City:
Province:                    Postal Code:     Phone:

---

**Hospitalization Information**

Provider: GALENO AZUL          Plan     :   AZUL

Member: 214635101          Reservation :          0

Physician: PEDIATRIC ON-CALL PHYSICIAN  Reason for Hospitalization : PEDIATRIC CLINICAL ADMISSION

---

The undersigned, whose personal details are recorded above, constitute themselves as joint and several debtors and principal payers of all sanatorium expenses, room charges, fees, supplies, professional fees, and any other charge generated by the hospitalization and services provided to the patient that are not expressly accepted and effectively paid by the entity to which the patient belongs. Matters related to the scope of coverage that may arise between the patient and his/her institution shall not be enforceable against GALENO Argentina S.A.

They also declare that they acknowledge and accept that, since the professionals who will attend the patient are those designated by the patient and/or his/her entity, and are therefore independent from the Sanatorium, the medical procedures performed by them shall be the sole responsibility of such professionals.

**SANATORIO DE LA TRINIDAD DE SAN ISIDRO**
  **Pediatrics Department**

# EPICRISIS

| Name and Last Name | K███ R██ D██ M█ | Age | 1 month and a half |
|---|---|---|---|
| Date of Birth | 9/█18 | Sex | Female |
| Date of Admission | 10/29/18 | Date of Discharge | 10/30/18 |

**Reason for Admission:** Head trauma (TBI) without loss of consciousness.

**Current Illness:** The baby, while under the care of her parents, fell from her father's arms. According to the account, the father was holding the baby with his right upper limb, supporting her only on his hand and forearm while attempting to move her from the marital bed to the crib. The baby fell approximately 50 cm, impacting the occipital region of the skull against the edge of the crib railing, and then the body slid and fell to the base (wooden mattress support) of the box spring bed. They deny loss of consciousness and vomiting; they only report that the baby was irritable and unable to fall asleep. She presented to the emergency department at 20:53 hours.

**Clinical Course:** Favorable. She has not presented focal neurological deficit signs. Glasgow score optimal. Oral intake resumed.

**Complementary Tests:**
  **Laboratory:** Normal
  **Complete Urinalysis:** Normal
  **Abdominal Ultrasound:** Normal
  **Head CT Scan without contrast:** Normal, without bone or parenchymal lesions.

**Discharge Diagnosis:** Head trauma (TBI) without loss of consciousness.

**Indications:**
  Study reports are provided.
  Warning signs explained.
  Follow-up with primary pediatrician in 24 hours.

```
TRINIDAD SAN ISIDRO
FONDO DE LA LEGUA 851
( 1607)  SAN ISIDRO
T.E. 4127-8888
```

```
GRAVADO : N                        Admision Nro. :    287405
Cta. Cte.: 149704                  Fecha Ingreso : 29/10/18
                                   Hora  Ingreso :   20:53
                                   Habit. Nro.   :    / 1
                                   Fecha Alta    :
                                   Hora Alta     :
                                   H. C. Nro.    :3325890/1
```

                    Solicitud de Admision

```
Datos Personales
Apellido de nacimiento : K███ R██ D██
Apellido de.casada    :
Nombres               : M█ J████
D.N.I.:57237866    C.I.:      L.C./L.E.:      Otro:
Nacionalidad: ARGENTINA   Fecha Nac.: █/09/2018  Sexo : F   Est.Civ.: Soltero
Domicilio : CARLOS VILLATE 5572      Local.: MUNRO
Provincia : BUENOS AIRES          C.P. :.       TELEFONO : 1537012344
Domicilio Laboral :
Empresa   :                    Local. :
Provincia :                    C.P. :     T.E. :
Estado Afiliado GALENO: ACTIVO - RECUPERO SUR - 29/10/2018  20:55
```

```
Datos Acompa#ante
Nombre y Apellidos : ALEXANDRA RUIZ
Domicilio : CARLOS VILLATE 5572      Local. : MUNRO
Provincia :                    C.P. :    T.E. : 1537012344
Relacion  : MAMA               Documento : DNI
Domicilio Laboral :
Empresa   :                    Local. :
Provincia :                    C.P. :    T.E. :
```

```
Datos de la Internacion
Entidad : GALENO AZUL                Plan    : AZUL
Socio   : 214635101                  Reserva :      0
Medico  : MEDICO DE GUARDIA DE PEDIATRIA Motivo Internac. : INTERNACION PED.CLIN
```

   Los abajo firmantes, cuyos datos personales se registran precedentemente, se constituyen en codeudores solidarios y principales pagadores de todos los gastos sanatoriales, pensiones, derechos, insumos, honorarios y cualquier otro cargo que se genere por la internacion y servicios que se presten al paciente, que no sean expresamente aceptados y efectivamente abonados por la entidad a la que pertenece el paciente, sin que sean oponibles a GALENO Argentina S.A. las cuestiones relativas a los alcances de la cobertura que pudieren plantearse entre este y su institucion.

Asimismo manifiestan conocer y aceptar que, en razon de que los profesionales que lo asistiran son los designados por el paciente y/o su entidad, y ajenos en consecuencia al Sanatorio, las practicas medicas que estos efectuen seran de exclusiva responsabilidad de los mismos.

```
   FIRMA DEL PACIENTE O DEUDOR      FIRMA DEL ACOMPA#ANTE O CODEUDOR
```

Operador : MMU MILAGROS MULLER

SANATORIO DE LA TRINIDAD DE SAN ISIDRO
Servicio de Pediatría

## EPICRISIS

| Nombre y Apellido | H███R█ D█ M█ | Edad | 1 mes y medio |
|---|---|---|---|
| Fecha de nacimiento | █9/18 | Sexo | femenino |
| Fecha de Ingreso | 29/10/18 | Fecha de Egreso | 30/10/18 |

**Motivo de Internación:** TEC sin pérdida del conocimiento

**Enfermedad Actual** Beba que estando al cuidado de sus padres presenta caída de los brazos paterno. Según el relato "el padre toma a la beba con su miembro superior derecho, solo apoyándola sobre su mano y antebrazo en intención de pasarla de la cama matrimonial a la cuna y sufre caída aprox. 50 cm impactando región occipital de cráneo contra borde de baranda de la cuna y deslizándose el cuerpo cae a la base (colchon de madera) de la cama somier. Niegan perdida de la conciencia y vómitos, solo que estaba quejosa y no podía conciliar el sueño Consulta a guardia 20.53 hs

**Evolución :** Favorable, no ha presentado signos neurológicos deficitarios. Glasgow óptimo Se realiza precario
**Exámenes complementarios:**
**Laboratorio** Normal
**Orina Completa:**
**Ecografía Abdominal** Normal
**TAC de cerebro sin contraste** Normal sin lesiones óseas ni parenquimatosas

**Diagnóstico de Egreso:** TEC sin pérdida de conocimiento

**Indicaciones:**
Se entregan informes de estudios
Pautas de alarma
Control con pediatra de cabecera en 24 hs



## Certificate of Translation

I, **GIANELLA ECHANIQUE,** am over the age of 18, competent to translate from **SPANISH** to **ENGLISH**, and hereby certify that the translation of the **MEDICAL SUMMARY** is true and accurate (including any stamps or seals) to the best of my abilities. I understand that if any part of the translation is intentionally false, I may be subject to penalties under the law.

*The original document and the translation are attached to this certification.*

_____
Signature of Translator

347-846-0070
Phone Number

American Translators Association
*The Voice of Interpreters and Translators*

This Certifies that
**NOTARIA LATINA**
ATA Member Number 280342
is a Corporate Member in good standing
for the year 2024

1541 Saint Nicholas
New York, NY 10040

Address of Translator

Nyc2@notarialatina.com
Email of Translator

211 N. Union Street Suite 100, Alexandria VA 27314
www.atanet.org | Telephone +1-703-683-6100 | Fax + 1-703-7767222

State of New York
County of New York.
Sworn (or affirmed) to before me this
11 day of March , 2026.

American
Translators
Association
INDIVIDUAL MEMBER

**ROXANA FIALLO**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FI0038903
Qualified in Queens-Certificate filed in New York County
Commission Expires June 30, 2029



Technical Director:
Dr. Patricia Puyó – M.N. 7713

---

**Patient: RUIZ DEZ, ALEXANDRA.**          Origin: outpatient
**Protocol: 29982979.**                    Bed:
Identification: 94838907.                   Time: 10:25:00
Date: 09/03/2018

---

### HEMATOLOGY

**Complete blood count**

| | | | |
|---|---|---|---|
| Red Blood Cell Count. | 4.00. | 10^6/. | [4.10 -5.20] |
| Hematocrit. | 34.0. | % | [34.9- 44.5] |
| Hemoglobin. | 11.0. | g/dl. | [12.0– 15.5] |
| Mean Corpuscular Volume. | 84.3. | fl. | [80.0 – 92.0] |
| Mean Corpuscular Hemoglobin. | 27.5. | pg. | [24.0 – 36.0] |
| Mean Corpuscular Hemoglobin Concentration. | 32.6. | g/dl. | [33.0 – 36.0] |
| Red Cell Distribution Width (RDW). | 14.0. | %. | [12.0 -14.0] |
| White Blood Cell Count. | 9.5. | 10^3. | [4.0 – 10.0] |
| Band Neutrophils. | 0.0. | % | |
| Segmented Neutrophils. | 56.0 | % | |
| Eosinophils. | 4.0 | % | |
| Basophils. | 0.0. | % | |
| Lymphocytes. | 33.0. | % | |
| Monocytes. | 7.3. | % | |
| Platelet Count. | 250. | 10^3 | [150 – 400] |
| Mean Platelet Volume (MPV). | 9.4. | fl | [7.5 – 10.5] |

## HEMOSTASIS

| | | | |
|---|---|---|---|
| Prothrombin Concentration. | 108. | %. | [70 -130] |
| Activated Partial Thromboplastin Time. | 37. | Seg | [25.38] |

## CHEMISTRY

| | | | |
|---|---|---|---|
| Blood glucose | 63 | mg/dl. | [70- 110] |
| Blood urea. | 16. | mg/dl. | [20-40] |
| Creatinine. | 0.50. | mg/dl. | [0.60 -1.30] |
| Uric acid | 3.1. | mg/dl. | [2.4 – 5.7] |

Page 1 of 3

**Patient: RUIZ DEZ, ALEXANDRA.**       **Protocol : 29982979**
 ID: 94838907.                                         Date:   09/03/2018
 Service: Laboratory                     Time of collection:   10:25:00
Origin: outpatient                                           Bed:

**Liver function test**

| | | | |
|---|---|---|---|
| Total proteins. | 6.80. | g/dl | [6.40-8.10] |
| Total bilirubin | 0.3 | mg/dl. | [0.3-2.0] |
| Alkaline Phosphatase | 239. | Ul/l. | [35- 104] |
| Aspartate Aminotransferase | 19. | Ul/l. | [5-40] |
| Alanine Aminotransferase | 7. | Ul/l. | [5-40] |

| | | | |
|---|---|---|---|
| Total Cholesterol. | 292. | mg/dl. | [80-200] |
| Triglycerides. | 420. | mg/dl. | [30-150] |
| HDL Cholesterol | 70. | mg/dl. | |
| LDL Cholesterol | 138. | mg/dl. | [50-140] |
| Non-HDL Cholesterol. | 222. | mg/dl | [100-180] |
| Atherogenic Index COL/HDL. | 4.2. | | [1.0- 4.0] |
| Atherogenic Index LDL/HDL. | 2.0. | | [1.0-2.9] |

**Immunoassay**

| | | | |
|---|---|---|---|
| Triiodothyronine (T3). | 165. | ng/dl. | [80-200] |
| Thyroxine (T4). | 7.6 | ug / di. | [5.1-13.5] |
| Thyrotropin (TSH). | 1.69. | mU/ml. | [0.27 - 4.20] |
| Anti-Thyroperoxidase Antibodies. | 22. | UI/ml. | [1-34] |
| Anti-Toxoplasma gondii IgG Antibodies. | Negative | | |
| Anti-Toxoplasma gondii IgM Antibodies. | Negative | | [Negative] |
| VDRL Qualitative | Non-reactive | | [Non-reactive] |
| Anti-Cytomegalovirus IgG Antibodies. | 429. | U/ml. | [0.10] |
| Anti-Cytomegalovirus IgM Antibodies. | Negative | | [Negative] |
| Hepatitis B – Surface Antigen. | Negative | | [Negative] |
| Hepatitis C – Total Antibodies. | Negative | | |
| Anti-HIV 1-2 and p24 Antigen. | Non- reactive | | [Non- reactive] |

Page 2 of 3

**Patient: RUIZ DEZ, ALEXANDRA.**          **Protocol : 29982979**
ID: 94838907.                                      Date:   09/03/2018
Service: Laboratory                         Time of collection:   10:25:00
Origin: outpatient                                Bed:

### COMPLETE URINE ANALYSIS PHYSICOCHEMICAL

| | |
|---|---|
| Urine Color. | Yellow |
| Urine Appearance. | Clear |
| Urine pH. | 7.0 |
| Urine Specific Gravity. | 10.15 |
| Urinary Glucose. | Not detected |
| Urinary Proteins. | Not detected |
| Urinary Ketone Bodies. | Not detected |
| Hemoglobin in Urine. | Not detected |
| Urinary Bilirubin. | Not detected |
| Urinary Urobilinogen. | Normal |

**Urinary sediment**

| | |
|---|---|
| Squamous epithelial cells. | Regular quantity |
| Leukocytes. | 1-3/cpo |
| Pyocytes. | Isolated |

Printed on 09/03/2018.          Type of report: Final report.     Page: 3/3

Report electronically signed and validated



SANATORIO DE LA
**TRINIDAD**
SAN ISIDRO

Sir Alexander Fleming 590 · San Isidro

Technical Director:
Dr. Patricia Puyó – M.N. 7713

| | |
|---|---|
| **Patient: RUIZ DEZ, ALEXANDRA.** | Origin: Hospitalization |
| **Protocol: 29982979.** | Bed:  145-1 |
| Identification: 94838907. | Time: 10:25:00 |
| Date: 09/03/2018 | |

## Multiple Trauma

## Fast ultrasound

Printed on 09/03/2018.        Type of report: Final report.      Page: 1 of 1

Report electronically signed and validated



SANATORIO DE LA
**TRINIDAD**
SAN ISIDRO
Sir Alexander Fleming 580 - San Isidro

Dirección Técnica:
Dra. Patricia Puyó - M.N. 7713

**Paciente:** RUIZ DEZ , ALEXANDRA
**Protocolo:** 29982979
Identificación: 94838907
Fecha: 03/09/2018



| | | |
|---|---|---|
| Origen: | C. EXTERNOS | |
| Cama: | | |
| Hora: | 10:25:00 | |

## HEMATOLOGIA

### HEMOGRAMA

| | | | |
|---|---|---|---|
| Recuento de Eritrocitos | 4.00 | 10^6/μl | [ 4.10 - 5.20 ] |
| Hematocrito | 34.0 | % | [ 34.9 - 44.5 ] |
| Hemoglobina | 11.0 | g / dl | [ 12.0 - 15.5 ] |
| Volúmen Corpuscular Medio | 84.3 | fl | [ 80.0 - 92.0 ] |
| Hemoglobina Corpuscular Media | 27.5 | pg | [ 24.0 - 36.0 ] |
| Conc.de HBG Corpuscular Media | 32.6 | g / dl | [ 33.0 - 36.0 ] |
| Amplitud de distrib. Eritrocitaria (RDW) | 14.0 | % | [ 12.0 - 14.0 ] |
| Recuento de Leucocitos | 9.5 | 10^3/μl | [ 4.0 - 10.0 ] |
| Neutrófilos en cayado | 0.0 | % | |
| Neutrófilos segmentados | 56.0 | % | |
| Eosinófilos | 4.0 | % | |
| Basófilos | 0.0 | % | |
| Linfocitos | 33.0 | % | |
| Monocitos | 7.3 | % | |
| Recuento de Plaquetas | 250 | 10^3/μl | [ 150 - 400 ] |
| Volúmen plaquetario Medio | 9.4 | fl | [ 7.5 - 10.5 ] |

### HEMOSTASIA

| | | | |
|---|---|---|---|
| Concentración de protrombina | 108 | % | [ 70 - 130 ] |
| Tromboplastina Parcial Activada (KPTT) | 37 | seg | [ 25 - 38 ] |

### QUÍMICA

| | | | |
|---|---|---|---|
| Glucemia | 63 | mg / dl | [ 70 - 110 ] |
| Uremia | 16 | mg / dl | [ 20 - 40 ] |
| Creatinina | 0.50 | mg / dl | [ 0.60 - 1.30 ] |

Pag. 1   de 3

**Paciente:** RUIZ DEZ , ALEXANDRA

Identificación: 94838907

Servicio: LABORATORIO

Origen: C. EXTERNOS

**Protocolo:** 29982979

**Fecha:** 03/09/2018

**Hora de extracción:** 10:25:00

**Cama:**

| | | | |
|---|---|---|---|
| Acido Úrico | 3.1 | mg/dl | [ 2.4 - 5.7 ] |

**HEPATOGRAMA**

| | | | |
|---|---|---|---|
| Proteínas Totales | 6.80 | g / dl | [ 6.40 - 8.10 ] |
| Bilirrubina Total | 0.3 | mg/dl | [ 0.3 - 2.0 ] |
| Fosfatasa Alcalina | 239 | UI/l | [ 35 - 104 ] |
| Transaminasa G.Oxalacética (TGO) | 19 | UI/l | [ 5 - 40 ] |
| Transaminasa G.Pirúvica (TGP) | 7 | UI/l | [ 5 - 40 ] |
| Colesterol Total | 292 | mg/dl | [ 80 - 200 ] |
| Triglicéridos | 420 | mg/dl | [ 30 - 150 ] |

| | | | | | |
|---|---|---|---|---|---|
| Colesterol HDL | 70 | mg/dl | Riesgo coronario | Mujeres | Hombres |
| | | | Sin riesgo | Mayor a 65 | Mayor a 55 |
| | | | Riesgo moderado | 45 - 65 | 35 - 55 |
| | | | Riesgo elevado | Menor a 45 | Menor a 35 |

| | | | |
|---|---|---|---|
| Colesterol LDL | 138 | mg/dl | [ 50 - 140 ] |
| Colesterol No HDL | 222 | mg/dl | [ 100 - 180 ] |
| Indice Aterogénico COL/HDL | 4.2 | | [ 1.0 - 4.0 ] |
| Indice Aterogénico LDL/HDL | 2.0 | | [ 1.0 - 2.9 ] |

## INMUNOANALISIS

| | | | |
|---|---|---|---|
| Triyodotironina (T3) | 165 | ng / dl | [ 80 - 200 ] |
| Tiroxina ( T4) | 7.6 | µg / dl | [ 5.1 - 13.5 ] |
| Tirotrofina (TSH) | 1.69 | mUI/ml | [ 0.27 - 4.20 ] |
| Ac. Anti Tiroperoxidasa | 22 | UI/ml | [ 1 - 34 ] |
| Ac. Anti Toxoplasma gondii IgG | Negativo | UI/ml | |
| Ac. Anti Toxoplasma gondii IgM | Negativo | | [ Negativo ] |
| VDRL Cualitativa | No reactivo | | [ No Reactivo ] |
| Ac. Anti Citomegalovirus IgG | 429 | U / ml | [ 0 - 10 ] |
| Ac. Anti Citomegalovirus IgM | Negativo | | [ Negativo ] |
| Hepatitis B - Antígeno de Superficie | Negativo | | [ Negativo ] |
| Hepatitis C - Anticuerpos Totales | Negativo | | |
| Ac. Anti HIV 1-2 y Ag. p24 | No reactivo | | [ No reactivo ] |

Pag. 2    de 3

**Paciente: RUIZ DEZ , ALEXANDRA**
Identificación: 94838907
Servicio: LABORATORIO
Origen: C. EXTERNOS

Protocolo: 29982979
Fecha: 03/09/2018
Hora de extracción: 10:25:00
Cama:

## ORINA COMPLETA

### FISICO QUIMICO

| | |
|---|---|
| Color Urinario | Amarillo |
| Aspecto Urinario | Límpido |
| pH Urinario | 7.0 |
| Densidad Urinaria | 1015 |
| Glucosa Urinaria | No contiene. |
| Proteinas Urinarias | No contiene. |
| Cuerpos cetónicos Urinarios | No contiene. |
| Hemoglobina en orina | No contiene. |
| Bilirrubina Urinaria | No contiene. |
| Urobilinógeno Urinario | Normal |

### SEDIMENTO URINARIO

| | |
|---|---|
| Células epiteliales planas | Reg.cantidad |
| Leucocitos | 1-3 /cpo |
| Piocitos | Aislados |

Impreso el: 03/09/2018

Tipo de informe:  **Informe final**

Informe firmado y validado electrónicamente

Pag. 3   de 3



**SANATORIO DE LA TRINIDAD**
SAN ISIDRO
Av. Fondo de la Legua 581 - Bs. As.

Dirección Técnica:
Dra. Patricia Puyó - M.N. 7713

Paciente: RUIZ DEZ , ALEXANDRA
Protocolo: 71502536
Identificación: 94838907
Fecha: 03/09/2018



| Origen: | INTERNACION |
|---|---|
| Cama: | 146-1 |
| Hora: | 10:25:00 |

## Politraumatismo

## ECO FAST

Impreso el: 03/09/2018                Tipo de informe:  **Informe final**                Pag. 1   de 1

Informe firmado y validado electrónicamente


**Notaría Pública**
LATINA

## Certificate of Translation

I, **GIANELLA ECHANIQUE**, am over the age of 18, competent to translate from **SPANISH** to **ENGLISH**, and hereby certify that the translation of the **MEDICAL SUMMARY** is true and accurate (including any stamps or seals) to the best of my abilities. I understand that if any part of the translation is intentionally false, I may be subject to penalties under the law.

*The original document and the translation are attached to this certification.*

_____
Signature of Translator

347-846-0070
Phone Number

1541 Saint Nicholas
New York, NY 10040

Nyc2@notarialatina.com
Email of Translator

Address of Translator

American Translators Association
*The Voice of Interpreters and Translators*

This Certifies that
**NOTARIA LATINA**
ATA Member Number 280342
is a Corporate Member in good standing
for the year 2024

State of New York
County of New York.
Sworn (or affirmed) to before me this
11 day of March , 2026.

American
Translators
Association
INDIVIDUAL MEMBER

**ROXANA FIALLO**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FI0038903
Qualified in Queens-Certificate filed in New York County
Commission Expires June 30, 2029

1541 St Nicholas Ave New York, NY 10040
www.notarialatina.com | 646-768-8072 | info@notarialatina.com