# EXHIBIT B



**HISPANIC COUNSELING CENTER, INC.**

Nassau Main Office • 344 Fulton Avenue, Hempstead NY 11550 • T: 516-538-2613 • F: 516-538-2515
Suffolk Satellite Office • 85 W. Main Street, Bay Shore, NY 11706 • T: 631-301-4868 •F: 631-939-2144
www.hispaniccounseling.org • info@hispaniccounseling.org

Claudia Boyle, LMHC
Chief Executive Officer

March 11, 2026

To whom it may concern.

This letter is written on behalf of Ms. K▇ R▇ DOB ▇2018 upon her mother request, Alexandra Ruiz. Today, March 11, 2026 patient had a psychiatric evaluation and was diagnosed with Posttraumatic Stress Disorder F. 4310, & Major Depression Disorder, single episode, moderate. Patient was prescribed: Sertraline 25 mg oral, one a day to treat symptoms related to depression, anxiety, & PTSD.

Sincerely,

Idalia Cruz MD
Child psychiatrist

Idalia Cruz, MD
Lic. # 172185
DEA # BC1297212

