# EXHIBIT C

## Mental Status Exam

**Client Information**
Name: M██ K██████ R██
File #: 15408FEB11
Sex: F  Age: 7
Address: ████████████████

Account: 127170

Date of Birth: 9/█/2018

no photo

**Phone Numbers**
Mobile:  516-881-1056

**Encounter Information**
Encounter Date: 3/11/2026
Program: MENTAL HEALTH PROGRAM
Provider: CRUZ,IDALIA

Encounter ID: 1518013

### NYSCRI Mental Status Exam

**General Observations**

**Appearance**   ■ WNL   ☐ Well Groomed  ☐ Unkempt   ☐ Disheveled
☐ Appears younger than age   ☐ Appears older than age
**Comments/Other**
_____

**Build/Stature**  ☐ WNL   ■ Thin   ☐ Overweight   ☐ Short   ☐ Tall
**Comments/Other**
_____

**Posture**   ☐ WNL   ☐ Slumped   ☐ Rigid   ■ Tense   ☐ Atypical
**Comments/Other**
_____

**Eye Contact**   ☐ Average   ☐ Avoidant   ■ Intermittent   ☐ Intense
**Comments/Other**
_____

**Activity**   ■ WNL   ☐ Accelerated   ☐ Slowed   ☐ Stereotyped/Peculiar
☐ Impulsive   ☐ Agitated
**Comments/Other**
_____

**Attitude Toward Examiner**  ☐ Cooperative   ☐ Hostile   ☐ Defensive   ☐ Evasive
■ Anxious   ☐ Seductive   ☐ Mistrustful   ☐ Demanding
☐ Manipulative   ☐ Ingratiating   ☐ Confused
**Comments/Other**
_____

**Attitude Toward Parent/Guardian**   ☐ Not Applicable

■ Positive Interaction   ☐ Ignores Parents   ☐ Disrespectful
☐ Demanding   ☐ Immature   ☐ Lack of spontaneity
**Comments/Other**
_____

**Separation (for Children/Adolescent)**    ☐ Not Applicable   ■ Unremarkable/age appropriate
   ☐ Clingy to parent/guardian, but separates     ☐ Cannot separate
   ☐ Disinhibited/does not care

**Comments/Other**

_____

**Mood**    ☐ Euthymic    ■ Depressed    ■ Anxious    ☐ Angry
   ☐ Euphoric    ☐ Irritable    ☐ Silly

**Comments/Other**

_____

**Affect**    ■ Full    ☐ Constricted    ☐ Flat    ☐ Inappropriate   ☐ Labile
**Comments/Other**

_____

**Speech**    ■ Clear    ☐ Loud    ☐ Slurred    ☐ Rapid
   ☐ Pressured    ☐ Overproductive   ☐ Underproductive   ☐ Echolalic   ■ Soft

**Comments/Other**

_____

**Thought Process** ■ Logical    ☐ Circumstantial ☐ Tangential ☐ Loose    ☐ Racing    ☐ Incoherent
   ☐ Concrete    ☐ Blocked    ☐ Flight of ideas ☐ Poverty of Content ☐ Slowed Thinking

**Comments/Other**

_____

**Perception**    ■ WNL    ☐ Illusions    ☐ Depersonalization ☐ Derealization    ☐ Reexperiencing

**Hallucinations** ☐ Auditory    ☐ Command ☐ Visual    ☐ Olfactory ☐ Tactile    ☐ Gustatory
**Comments/Other**

_____

**Thought Content** ■ WNL    ☐ Preoccupations/Ruminations ☐ Obsessional    ☐ Depressive
   ☐ Paranoid    ☐ Self-Deprecatory    ☐ Grandiose    ☐ Phobic

**Comments/Other**

_____

**Delusions**    ■ None Reported    ☐ Control    ☐ Thought Withdrawal ☐ Thought Insertion
   ☐ Thought Broadcasting ☐ Erotic    ☐ Persecution    ☐ Reference
   ☐ Grandeur    ☐ Somatic    ☐ Religious

**Comments/Other**

_____

**Cognition** ■ WNL    **OR   Check all that apply below,  Impairment of**

☐ Orientation    ☐ Memory    ☐ Attention/Concentration ☐ Ability to Abstract ☐ Fund of Knowledge
☐ Visuospatial ability ☐ Reading and Writing ☐ Calculation Ability

**Intelligence Estimate** ☐ MR    ☐ Borderline    ■ Average    ☐ Above Average

**Insight**    ■ WNL ☐ Mostly blames others for problems    ☐ Difficulty acknowledging presence of psychiatric problems

**Judgment** ■ WNL    Impaired ability to make reasonable decisions:

*Individual Declined/Deferred/Referred Out-Provide Rationale(s) (Explain why Individual Declined Work on Need Area; List rationale(s) for why Need Area(s) is Deferred/Referred Out below).

1.

2.

3.

**Other Psychopharmacological Considerations to be added to Individualized Action Plan:**

☐None

☐ None indicated at this time

---

**SFP_Session Info**

---

This session was conducted in Language Other than English          ●Yes ○No

**Date of Service:**   3/11/2026

| | | |
|---|---|---|
| **Start Time** | 9:00 | ●A.M. ○P.M. |
| **End Time** | 10:30 | ●A.M. ○P.M. |

**Place of Service**   Hempstead

**Program**   MENTAL HEALTH CLINIC          **Duration in Minutes:** 90

---

**Signatures**

---

Clinical Signature(s)

*Idalia Cruz*          Signed electronically by IDALIA CRUZ MD on 03-16-2026

**Individual**   Understands information                     Agrees To Take Medication
**Guardian**   Understands information                     Agrees To Take Medication
**Individuals /Guardians Response:** ☐N/A

Recommendations:(Include all medical strategies, session frequency, labs, referrals, next visit):
1.    Psychotherapy

2.    Parent gave consent to start patient on Sertraline 25mg once a day to treat depressive and anxiety symptoms. Parent was educated about medication indications, dosage and side effects.

3.    RTC in 4 weeks for psychopharmacology follow up.

4.

---

NYSCRI IPE Assessed Needs

**Prioritized Assessed Needs:**
A-Active,  ID-Individual Declined,  F/G-Family/Guardian declined,  D-Deferred,  R-Referred Out

| A | ID* | F/G* | D* | R* |
|---|-----|------|----|----|
| ■ | ☐ | ☐ | ☐ | ☐ |

1.  Client's psychiatric symptoms are affecting client's ability to self-regulate, express thoughts and feelings, and sleep pattern.

| ☐ | ☐ | ☐ | ☐ | ☐ |

2.

| ☐ | ☐ | ☐ | ☐ | ☐ |

3.

| ☐ | ☐ | ☐ | ☐ | ☐ |

4.

| ☐ | ☐ | ☐ | ☐ | ☐ |

5.

| ☐ | ☐ | ☐ | ☐ | ☐ |

6.

### Physical Health History

NOTE: ☐ **Refer to Brief Medical Screening, if completed:**

☐ **Refer to Communicable Disease Assessment, if completed:**

Good health
Patient in underweight.

| Mental Status, Suicide and Violence Risk |
| --- |

### Suicide and Self-Harm Screen/Assessment

Sources of Information:
☐ Columbia-Suicide Severity Rating Scale (C-SSRS)
■ Clinical Interview
☐ Clinical Records
☐ Collateral Sources
☐ Other approach or evidence based tool (i.e. Chronological Assessment of Suicide Events (CASE) Approach)
   - If yes, specify:

Suicidal ideation (history/current): If Yes, provide details:                                         ○Yes ○No
Three weks prior during a mandate court phone contact with her father patient became upset after being told she was going to be back to Argentina. Patient wanted to jumped of the stairs and her mother held her back. ParENt took patient to the ER.

Suicidal planning (history/current): If Yes, provide details:                                          ○Yes ●No

History of suicidal behaviors? If Yes, provide details:                                               ○Yes ●No

History of self-injurious behavior (i.e. cutting, burning)? If Yes, provide details and note          ○Yes ●No

safety management plan below:

Is there evidence of suicide risk? If Yes:                                                            ○Yes ●No

Does the individual have access to lethal means/weapons? If Yes, provide details:                     ○Yes ●No

Describe discussion with individual/family to secure access to lethal means/weapons:

Identify and discuss impact of significant risk and protective/mitigating factors:

Safety Management Plan: Describe in detail how elements of risk will be managed, including any risk for non-suicidal self-injurious behavior:
safety management discussed with parent

---

### Violence Screen

Sources of Information:
- ☐ Columbia-Suicide Severity Rating Scale (C-SSRS)
- ☑ Clinical Interview
- ☐ Clinical records
- ☐ Collateral sources
- ☐ Other approach or evidence based tool (i.e. Chronological Assessment of Suicide Events (CASE) Approach) - If yes, specify:

Recent thought/intention or actual plan to hurt others? If Yes, provide details:  ○Yes ●No

History of threatening/attempting or actually hurting others? If Yes, provide details:  ○Yes ●No

Current and/or recent thoughts or behaviors that others might interpret as threatening? If Yes, provide details:  ○Yes ●No

Other areas of concern including those from previous sections? If Yes, note below as relevant to risk factors.  ○Yes ●No

Is there evidence of violence risk? If Yes:  ○Yes ●No

Does the individual have access to lethal means/weapons? If Yes, Provide Details:  ○Yes ●No

Describe discussion with individual/family to secure access to lethal means/weapons:

Identify and discuss impact of significant risk and protective/mitigating factors:

Safety Management Plan: Describe in detail how elements of risk will be managed and/or how continued

## NYSCRI Mental Status Eval

**Mental Status Evaluation (Narrative Below) OR**

■ Refer to MENTAL STATUS ADDENDUM (Recommended for OASAS)
Mental Status Evaluation Date Conducted:                    3/11/2026
(Provide a thorough written narrative below covering the following areas: Appearance and Behavior; Mood and Affect;
Speech; Thought Process; Thought Content; Suicidal/Homicidal ideation; Cognition (if impaired, do Folstein Mini-Mental
Status Exam), Insight and Judgment):

## NYSCRI IPE Clinical Formulation

**Information from other sources (family, significant other, referring agency, etc.), including reports of**
**diagnostic tests/exams and consultations. If child/adolescent, include information on past cognitive**
**and achievement testing:**    ☐  **None Reported**

**Clinical Formulation  Interpretative Summary**

## DSM V

| Sequence | ICD-9 | ICD-10 | Description | Comments | Specifiers |
|---|---|---|---|---|---|
| 1 | 309.81 | F43.10 | Posttraumatic Stress Disorder (includes Posttraumatic Stress Disorder for Children 6 Years and Younger) | | |
| 2 | 296.22 | F32.1 | Major Depressive Disorder, Single episode, Moderate | | With anxious distress, Moderate |

## NYSCRI Evaluations

○No ●Yes        Problems with primary support group: If yes, describe:

○No ○Yes        Problems related to the social environment: If yes, describe:

○No ○Yes        Educational problems: If yes, describe:

O No  O Yes          Occupational problems If yes, describe:

O No  O Yes          Housing problems: If yes, describe:

O No  O Yes          Economic problems If yes, describe:

O No  O Yes          Problems with access to health care services: If yes, describe:

O No  O Yes          Problems with interaction with the legal system/crime: If yes, describe:

O No  O Yes          Other psychosocial and environmental problems: If yes, describe:

NYSCRI IPE

**Does individual have any medical conditions that require consideration in prescribing**
(i.e. pregnancy, diabetes, etc.)?          O Yes  O None reported or known          If yes, specify:

_____

Medications          Please fill out Medication List of all medications individual is taking including those

prescribed by this provider, medications prescribed by outside prescribers as well as herbal remedies,

vitamins, nutraceuticals, or over-the-counter drugs.

**Explained rationale for medication choices, reviewed mixture of medications, discussed possible risks/solutions, benefits, effectiveness (if applicable) and alternative treatment with the individual**
(parent/guardian): O Yes  O No

**Are there any barriers/limitations to individual's medication management/self**          O Yes  O No
**administration?**
**If Yes:**
   **1. Disorganization**

   **2. Cognitive Limitation**

   **3. Limited Insight**

   **4. History of Non-Adherence**

   **5. Difficulty with Follow Through**

   **6. Other**

## Signatures

Clinical Signature(s)

Signed electronically by IDALIA CRUZ MD on 03-16-2026

**Medications prescribed during this encounter**

1) sertraline: 25 mg tablet  by mouth

**ACCUMEDIC**
computer systems ips

## Psychiatric Evaluation

**Client Information**
Name: M█ K█████R██
File #: 15408FEB11
Sex: F  Age: 7
Address: ████████████████████████

Account: 127170

Date of Birth: 9/█/2018


no photo

**Phone Numbers**
Mobile:  516-881-1056

**Encounter Information**
Encounter Date: 3/11/2026
Program: MENTAL HEALTH PROGRAM
Provider: CRUZ,IDALIA

Encounter ID: 1517971

### NYSCRI IPE Presenting Problem

**Present at Session:**
Individual Present                                    ●Yes ○No
If others present, please list name(s) and relationship(s) to individual:
Alexandra Ruiz, patient mother

**Comprehensive Assessment has been**              ○Yes ○No
**completed?**
If Yes: Date of most recent assessment:

---

### Reason for Referral and Chief Complaint
**Reason for Referral and Chief Complaint in individuals own words:**
In Argentina my dad force me to sleep in his house and I didn't liked it, My dad slapped me , touched my private parts and was treating me very bad.

**Family/Guardian description of problem (if relevant):**
My daughter was exposed to physical, psychological and sexual abused by her father.

**History of Present Psychiatric Illness:**

Patient is a 7 years old Argentina girl brought to therapy by her mother after finding out patient was physical, psychological and sexual abused by her father. Patient came to the US on January 3rd, 2025 and mother immigrated on 2021, leaving patient in Peru with her grandparents. Patient grandparents ended up returning to Argentina on May 2023 after living in Peru for four years and patient father never contacting patient. Once patient was back to Argentina her father demanded visitations thru the legal system and on October 2024 was granted overnight, visitations 3 times a week. Patient became depressed, bed wetting, nightmares, isolating and covering herself when bathing. On January 2025 patient was allowed to visit her mother in the US. Patient told her mother about all the physical and emotional abused and later around August 2025 found out patient was sexually abused by her birth father. Parent then went to the police got an order of protection against patient father and a forensic psychologist was assigned to the case. On August a lawyer was appointed to the case and patient disclosed the sexual abused by her birth father. Patient was anxious and tearful during session while describing the abused she endure while overnight visits at the father house. Patient described her father as a monster, locking her bedroom door with a key and keeping her in the dark room. Patient at times asked not to talked about her dad as she was scared. Parent reported ER visit to Cohen's Children Hospital on February 2026   , after a phone conversation with her dad who stated she was going to return to Argentina, patient attempted to threw herself down the stairs. Patient was Fidgety. At the present time denied SI/HI. Patient denies AVH. Patient is having nightmares and wakes up in the middle of the night. Patient wants to be a veterinarian. Patient loves cats and dogs. Patient wishes are: never in her life not to go to Argentina, for her maternal grandparents to come to the USA and to stayed with her mother forever.

Education history: Patient is a second grader at Polk Street School. Patient is having concentration problems. At the beginning had a hard time adjusting to school  pushing others, not listening, and was impulsive. Patient is doing a lot better..

**Past Psychiatric History:**                               ○Yes  ○No

If yes, Comment on past treatment and medication trials/effectiveness/side ........

Patient was seen by a psychologist in Argentina during father custody case from May 2024 to August 2024. Once overnight visits were in placed the counseling stopped.

**Substance Use / Addictive Behavior History:**

---

**Past and Current Social and Developmental Status:**

**Developmental History:**
no delays

Other (Sexual History, Vecation/Education, Employment, Military, Legal, Living Situation as indicated):
Victim of sexual abused by birth father

---

**Family History and Relationships**
Comment on family/significant other relationships as applicable (Describe past and current relationship·with family/significant others and family and impact of environmental surrounding):

Patient resides with her mother, and her stepfather in a rental home. Patient sleeps on her own bedroom. Patient mother works as medical assistance in a hospital and studies to be an x-ray technician, stepfather has his own construction company. Patient parents saparated in 2019. Patient mother was the victim of domestic violence. Patient father has a history of drug addiction.

**Family History of Relevant Health (including Developmental Disabilities), Mental Health, and Addiction concerns:**
Father has a history of drug addiction. Patient grandmother has anxiety and depression.

**Other (Religion/Spirituality; Cultural/Ethnic as indicated):**

**Signatures**

Clinical Signature(s)

_Idalia Cruz_     Signed electronically by IDALIA CRUZ MD on 03-16-2026